1    SUE FAHAMI
     Acting United States Attorney
2    District of Nevada
     Nevada Bar No. 5634
3    CLAY A. PLUMMER
     Nevada Bar No. 6778
4    Special Assistant United States Attorney
     501 Las Vegas Boulevard South, Suite 1100
5    Las Vegas, Nevada 89101
     Tel: (702) 388-6336
6    clay.plummer@usdoj.gov
     *Attorneys for the United States*

7

## UNITED STATES DISTRICT COURT
8
## DISTRICT OF NEVADA

9    UNITED STATES OF AMERICA,      Case No. 2:25-mj-00181-NJK

10         Plaintiff,

11    v.                      **Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment (First Request)**

12    EDWIN GEOVANY SALAZAR-GIRON,

13         Defendant.

14

15

16        IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami,

17 Acting United States Attorney, and Clay Plummer, Special Assistant United States

18 Attorney, counsel for the United States of America, and Andrea Vieira, Assistant Federal

19 Public Defender, counsel for Defendant EDWIN GEOVANY SALAZAR-GIRON that the

20 Court schedule the preliminary hearing in this case for no earlier than 90 days from the date

21 of the Defendant's initial appearance. The preliminary hearing is currently set for 20th of

22 March 2025, at 4 p.m. This request requires that the Court extend two deadlines: (1) that a

23 preliminary hearing be conducted within 14 days of a detained defendant's initial

24

1  appearance, *see* Fed. R. Crim. P. 5.1(c); and (2) that an information or indictment be filed

2  within 30 days of a defendant's arrest, *see* 18 U.S.C. § 3161(b).

3        This stipulation is entered into for the following reasons:

4        1.     The United States Attorney's Office has developed an early disposition

5  program for immigration cases, authorized by the Attorney General pursuant to the

6  PROTECT ACT of 2003, Pub. L. 108-21.

7        2.     The early disposition program for immigration cases is designed to: (1) reduce

8  the number of hearings required in order to dispose of a criminal case; (2) avoid having

9  more cases added to the court's trial calendar, while still discharging the government's duty

10  to prosecute federal crimes; (3) reduce the amount of time between complaint and

11  sentencing; and (4) avoid adding significant time to the grand jury calendar to seek

12  indictments in immigration cases, which in turn reduces court costs.

13        3.     The government has made a plea offer in this case that requires defendant to

14  waive specific rights and hearings in exchange for "fast-track" downward departure under

15  USSG § 5K3.1. This offer will be withdrawn if it is not timely accepted before this matter is

16  indicted and before a preliminary hearing is held.

17        4.     Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the

18  preliminary hearing within a reasonable time, but no later than 14 days after the initial

19  appearance if the defendant is in custody . . . ."

20        5.     However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a

21  showing of good cause—taking into account the public interest in the prompt disposition of

22  criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more

23  times . . . ."

24

6.      Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges."

7.      Defendant needs additional time to review the discovery and investigate potential defenses to make an informed decision as to how to proceed, including whether to accept the fast-track plea agreement.

8.      Accordingly, the parties jointly request that the Court schedule the preliminary hearing in this case no sooner than 90 days from the Defendant's initial appearance.

9.      Defendant is in custody and agrees to the extension of the 14-day deadline imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), provided that the information or indictment is filed on or before the date ordered pursuant to this stipulation.

10.     The parties agree to the extension of that deadline.

11.     This extension supports the public interest in the prompt disposition of criminal cases by permitting defendant to consider entering into a plea agreement under the United States Attorney's Office's fast-track program for § 1326 defendants.

12.     Accordingly, the additional time requested by this stipulation is allowed under Federal Rule of Criminal Procedure 5.1(d).

13.     In addition, the parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy

3

1   Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C.

2   § 3161(h)(7)(B)(i) and (iv).

3          14.    This is the first request for an extension of the deadlines by which to conduct

4   the preliminary hearing and to file an indictment.

5          DATED this ⁷ᵗᵇ th day of March, 2025.

6                                                    Respectfully submitted,

7   RENE VALLADARES                       SUE FAHAMI
    Federal Public Defender               Acting United States Attorney
8
        /s/ _____                 /s/ Clay Plummer
9                                              CLAY A PLUMMER
    Assistant Federal Public Defender     Assistant United States Attorneys
10  Counsel for Defendant
    EDWIN GEOVANY SALAZAR-
11  GIRON

12

13

14

15

16

17

18

19

20

21

22

23

24

                                    4

1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

2

UNITED STATES OF AMERICA,                Case No. 2:25-mj-00181-NJK

3

      Plaintiff,

4

      v.                                                    **Order on Stipulation to**
                                                                      **Extend Deadlines to Conduct**
5                                                                     **Preliminary Hearing and File**
EDWIN GEOVANY SALAZAR-GIRON                  **Indictment**

6

      Defendant.

7

8

9      Based on the stipulation of counsel, good cause appearing, and the best interest of

10 justice being served; the time requested by this stipulation being excludable in computing

11 the time within which the defendant must be indicted and the trial herein must commence

12 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of

13 Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

14      IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled

15 on the 20th day of March, 2025 at the hour of 4 p.m., be vacated and continued to

16 July 1, 2025 at the hour of 4 p.m.

17      DATED this 10th day of March, 2025.

18

19                                        _____
                          HONORABLE NANCY J. KOPPE
20                           UNITED STATES MAGISTRATE JUDGE

21

22

23

24